Paul J. Wagstaffe  (SBN 120398)
Attorney at Law
2625 Fair Oaks Boulevard, Suite 7
Sacramento, California 95864
(916) 444-8663 (Telephone)
(916) 488-8957 (Facsimile)

Attorney for Plaintiff Stanley Woodward

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY WOODWARD,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>MONUMENTAL LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　　Defendants. | Case No.:  2:09-CV-00765-LKK-EFB<br><br>**ORDER CONTINUING**<br>**EXPERT DISCLOSURE DATE**<br><br>Judge:  Hon. Lawrence K. Karlton |

　　　The above entitled matter came before the Court by ex parte application, pursuant to stipulation, and was unopposed.  The Court having reviewed the Ex Parte Application and the supporting Stipulation and Declaration of Paul J. Wagstaffe, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that the ex parte application is granted, that the date for mutual disclosure of expert witnesses and materials shall be January 15, 2010, and that the date for exchange of rebuttal witnesses and materials shall be February 5, 2010.

Date:  November 25, 2009

　　　　　　　　　　　　　　　　　　　　　_/s/ Lawrence K. Karlton_
　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1

PDF created with pdfFactory trial version www.pdffactory.com