1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| STANLEY WOODWARD, | Case No. 2:09-CV-00765-LKK-EFB |
|---|---|
| Plaintiff, | Hon. Lawrence K. Karlton |
| vs. | ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| MONUMENTAL LIFE INSURANCE COMPANY, STONEBRIDGE LIFE INSURANCE COMPANY, PEOPLES BENEFIT LIFE INSURANCE COMPANY, and DOES 1 to 20, | Action Filed:   Feb. 2, 2009 |
| Defendants. | |

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Los Angeles

300036213.1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

The Court approves the parties' stipulation and orders that this entire action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 11, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Respectfully submitted by:

MANATT, PHELPS & PHILLIPS, LLP
MARGARET LEVY (Bar No. 066585)
JOSEPH E. LASKA (Bar No. 221055)
11355 West Olympic Boulevard
Los Angeles, California  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224
E-mail:  mlevy@manatt.com and jlaska@manatt.com

*Attorneys for Defendants*
MONUMENTAL LIFE INSURANCE COMPANY, for itself and as successor-by-merger to Peoples Benefit Life Insurance Company, and STONEBRIDGE LIFE INSURANCE COMPANY

LAW OFFICES OF PAUL J. WAGSTAFFE
PAUL J. WAGSTAFFE (Bar No. 120398)
2625 Fair Oaks Boulevard, Suite 7
Sacramento, California  95864
Telephone:  (916) 444-8633
Facsimile:  (916) 488-8957
Email:  pjwagstaffe@gmail.com

*Attorneys for Plaintiff*
STANLEY WOODWARD

300036213.1

1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

PDF created with pdfFactory trial version www.pdffactory.com